# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION                                              MDL No. 1629

(SEE ATTACHED SCHEDULE)

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the District of Massachusetts.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the District of Massachusetts with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 29, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION**                                                                 MDL No. 1629

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| MA | 1 | 05–11260 | ALN | 7 | 05–00074 | Burroughs v. Pfizer, Inc. et al |
| MA | 1 | 06–10912 | ARE | 4 | 06–00341 | Accettullo et al v. Pfizer Inc. et al |
| MA | 1 | 06–11393 | CAE | 2 | 06–01144 | Putnam v. Pfizer Inc. et al |
| MA | 1 | 06–11882 | FLM | 6 | 06–01311 | Johnson et al v. Pfizer Inc. et al |
| MA | 1 | 06–11022 | NV | 2 | 06–00529 | Brewster et al v. Pfizer Inc. et al |
| MA | 1 | 10–11205 | NYS | 1 | 10–04207 | Santos v. Pfizer, Inc. et al |
| MA | 1 | 06–11446 | PAE | 2 | 06–01308 | Young et al v. Pfizer Inc. et al |
| MA | 1 | 06–11023 | PAE | 2 | 06–01742 | Girard et al v. Pfizer, Inc. et al |
| MA | 1 | 06–11024 | SC | 3 | 06–01271 | Anderson et al v. Pfizer Inc. et al |
| MA | 1 | 07–11156 | TXW | 3 | 07–00161 | Telles v. Pfizer Inc. |

\* – denotes that the civil action has been severed.