UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MONICA SAENZ-CULL,<br><br>        Plaintiff,<br><br>v.<br><br>PFIZER INC., *et al*.<br><br>        Defendants. | 2:06-cv-00529-PMP-GWF<br><br><br>**O R D E R** |

      Before the Court for consideration is Defendants' Motion for Summary Judgment (Doc. #47) filed February 28, 2014.  Although Plaintiff Monica Saenz-Cull has been advised of her obligation to timely respond to Defendants' Motion for Summary Judgement (*See* Doc. #52), Plaintiff has failed to file a response, and the time for doing so has expired.  Additionally, having reviewed Defendants' Motion for Summary Judgement, the Court finds Defendants are entitled to the relief requested on the merits.

      **IT IS THEREFORE ORDERED** that Defendants' Motion for Summary Judgment against Plaintiff Monica Saenz-Cull (Doc. #47) is **GRANTED**, and the Clerk of Court shall forthwith enter Judgment in favor of Defendants and against Plaintiff Monica Saenz-Cull.

DATED: April 18, 2014.

                                                      */s/ Philip M. Pro*
                                                      PHILIP M. PRO
                                                      United States District Judge