UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SANDRA LOGAN,<br><br>        Plaintiff,<br><br>v.<br><br>PFIZER INC., *et al*.<br><br>        Defendants. | 2:06-cv-00529-PMP-GWF<br><br><br>**O R D E R** |

Before the Court for consideration is Defendants' Motion for Summary Judgment (Doc. #48) filed February 28, 2014.  Although Plaintiff Sandra Logan has been advised of her obligation to timely respond to Defendants' Motion for Summary Judgement (*See* Doc. #52), Plaintiff has failed to file a response, and the time for doing so has expired.  Additionally, having reviewed Defendants' Motion for Summary Judgement, the Court finds Defendants are entitled to the relief requested on the merits.

**IT IS THEREFORE ORDERED** that Defendants' Motion for Summary Judgment against Plaintiff Sandra Logan (Doc. #48) is **GRANTED**, and the Clerk of Court shall forthwith enter Judgment in favor of Defendants and against Plaintiff Sandra Logan.

DATED: April 18, 2014.

                                                  PHILIP M. PRO<br>
                                                  United States District Judge