UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SANDRA M. LOGAN, et al., ) | |
| Plaintiffs, ) | |
| v. ) | 2:06-CV-00529-PMP-GWF |
| PFIZER INC., et al., ) | ORDER |
| Defendants. ) | |

On May 15, 2014, the United States Court of Appeals for the Ninth Circuit dismissed Plaintiff Sandra M. Logan's appeal for lack of jurisdiction. The Court intended that the Judgment (Doc. #60) entered on April 18, 2014, be deemed a final judgment pursuant to Federal Rule of Civil Procedure 54(b).

IT IS THEREFORE ORDERED, the Court finding pursuant to Federal Rule of Civil Procedure 54(b) that there is no just reason for delay, that the Clerk of Court shall enter Judgment in favor of Defendants Pfizer, Inc. and Warner-Lambert Company, LLC and against Plaintiff Sandra M. Logan.

DATED: May 19, 2014

_____
PHILIP M. PRO
United States District Judge